IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RANDALL BURNETTE, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>) <br>VETERANS ADMINISTRATION )<br>HEALTHCARE (VAMC - )<br>Montgomery, Alabama), )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv660-MHT<br>(WO) |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 15) is granted and that this cause is dismissed in its entirety without prejudice and with the parties to bear their own costs.

DONE, this the 25th day of September, 2014.

                      /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE